# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARÍA SUÁREZ-TORRES,**<br><br>    **Plaintiff,**<br><br>            **v.**<br><br>**MATRESS GLOBAL,**<br><br>    **Defendant.** | **CIVIL NO. 16-2297 (PAD)(BJM)** |

## JUDGMENT

In light of this court's order (Docket No. 70) and pursuant to the "Stipulation of Dismissal with Prejudice" (Docket No. 69), judgment is entered dismissing plaintiff's claims with prejudice, without imposition of costs, expenses or attorney's fees.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of April, 2018.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
